UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ZECK HOMES, INC. | ) | Case No. 09-22106 SBB |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

## TRUSTEE'S MOTION TO REOPEN CASE

Douglas E. Larson, the duly qualified and acting Trustee in this case, moves this Court for an Order to reopen the above case and in support of his motion states as follows:

1. Zeck Homes, Inc. had an involuntary petition filed June 19, 2009 and was assigned the Case number 09-22106.

2. Douglas E. Larson was appointed as the Chapter 7 Trustee for the Bankruptcy Estate of the debtor on August 5, 2009.

3. The §341 hearing was held on September 14, 2009, at 9:00 a.m.

4. The trustee kept the case open, investigating assets for one year before deciding to close the case as a no asset case.

5. There are newly discovered assets that need to be investigated for distribution from the estate.

WHEREFORE, Trustee prays for an Order reopening the case, appointment him as the Chapter 7 Trustee and deferring the fee and for such further relief as the Court deems appropriate.

Respectfully submitted August 31, 2011

/s/ Douglas E. Larson
Douglas E. Larson, Trustee
422 White Avenue, Suite 323
Grand Junction, CO 81501
(970) 245-8021 Phone
(970) 245-0590 Fax

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:  )
ZECK HOMES, INC.  )   Case No. 09-22106 SBB
 )
Debtors  )

## CERTIFICATE OF MAILING

The undersigned certifies that on September 2, 2011, I served by prepaid first class mail a copy of the Motion to Reopen and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Copy to:   US Trustee's Office
999 18th Street, Suite 1551
Denver, CO  80202

Guy B Humphries
1801 Broadway
Ste. 1100
Denver, CO 80202-3839

Zeck Homes, Inc.
700 Belford Ave.
Suite 105
Grand Junction, CO 81501-3171

Dated: September 2, 2011

/s/ Laurie M. Freeborn
Laurie M. Freeborn, Assistant to
Douglas E. Larson Chapter 7 Trustee