## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ZECK HOMES, INC. | ) | Case No.: 09-22106-SBB |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |

---

### MOTION FOR ENTRY OF ORDER
### ABANDONING SPECIFIC PROPERTY

---

COMES NOW, 2010-1 RADC/CADC Venture, LLC ("**Venture**"), and moves the Court for an Order Abandoning Specific Property, and states as follows:

1. On June 19, 2009, certain petitioning creditors filed an involuntary petition for relief under chapter 7 of Title 11 of the United States Bankruptcy Code (Doc #2). An order for relief was entered on August 4, 2009 (Doc #18).

2. On July 28, 2010, this Court entered an Order Accepting Trustee's Report and Closing Case ("**Order Closing Case**") (Doc #195). Pursuant to the Order Closing Case, this Court found that all nonexempt property listed by the Debtor and not administered by the trustee was deemed abandoned pursuant to 11 U.S.C. 554(c), and the case was closed pursuant to 11 U.S.C. 350(a).

3. On September 12, 2011, the case was reopened (Doc #197), and an adversary complaint was filed by the Trustee on April 20, 2012 (Doc #204). The adversary complaint was based on the issuance of Transportation Impact Fee Credits issued to Debtor by the Mesa County Board of County Commissioners.

4. At the time of the reopening of the case, Venture was in the process of foreclosing on certain property of the Debtor that had been abandoned per the Order Closing Case (the **"Abandoned Property"**). Upon reopening of the case, Venture immediately contacted the Trustee to advise of the foreclosure process with respect to the Abandoned Property and to determine whether the Trustee, by virtue of the reopening of the case, wished to assert any interest in the Abandoned Property. The Trustee confirmed that he did not wish to do so.

5. Venture requests an entry of an order confirming the prior abandonment of the Abandoned Property, listed below. The request is made following communications between

3245602.2

Venture and the title company that will insure title to the Abandoned Property following foreclosure.

    a.    204 Whisper Lane, Grand Junction, CO;
    b.    206 Whisper Lane, Grand Junction, CO;
    c.    2689 Whisper Court, Grand Junction, CO;
    d.    2691 Whisper Court, Grand Junction, CO;
    e.    3131 Dublin Way, Grand Junction, CO;
    f.    3132 Dublin Way, Grand Junction, CO;
    g.    3135 Dublin Way, Grand Junction, CO;
    h.    3136 Dublin Way, Grand Junction, CO;
    i.    3149 Dublin Way, Grand Junction, CO;

6.    The undersigned affirms that she has conferred with the Trustee and counsel for the Debtor, and they have no objection to the relief requested in this Motion.

7.    This motion is not contested, and there is no reason why the property above-described should not be confirmed to be abandoned, so that insurable title may be conveyed to the prevailing bidder at foreclosure.

WHEREFORE, Venture requests that the Court enter the attached proposed Order Abandoning Specific Property.

Dated: April 15, 2013

        POLSINELLI SHUGHART PC

        *s/Cristel D. Shepherd*
        Cristel D. Shepherd #39351
        Attorney for 2010-1 RADC/CADC Venture, LLC