IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **ZECK HOMES, INC.** | ) | Case No.: 09-22106-SBB |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF HEARING ON MOTION FOR ENTRY OF ORDER ABANDONING SPECIFIC PROPERTY**

**OBJECTION DEADLINE: MAY 2, 2013**

YOU ARE HEREBY NOTIFIED that 2010-1 RADC/CADC Venture, LLC, has filed a Motion for Entry of Order Abandoning Specific Property with the bankruptcy court and requests the Court to enter an Order confirming the prior abandonment of specific property as follows:

a. 204 Whisper Lane, Grand Junction, CO;
b. 206 Whisper Lane, Grand Junction, CO;
c. 2689 Whisper Court, Grand Junction, CO;
d. 2691 Whisper Court, Grand Junction, CO;
e. 3131 Dublin Way, Grand Junction, CO;
f. 3132 Dublin Way, Grand Junction, CO;
g. 3135 Dublin Way, Grand Junction, CO;
h. 3136 Dublin Way, Grand Junction, CO;
i. 3149 Dublin Way, Grand Junction, CO.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal bases for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

2388287.1

Dated: April 18, 2013.

        POLSINELLI SHUGHART PC

        By: /s/ Cristel D. Shepherd
           Cristel Shepherd
           Polsinelli Shughart PC
           1515 Wynkoop Street, Suite 600
           Denver, CO 80202
           Telephone: (303) 572-9300
           Facsimile: (303) 385-1074
           Email:  cshepherd@polsinelli.com

           Attorneys for 2010-1 RADC/CADC Venture, LLC

2388287.1