# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
ZECK HOMES, INC. § Case No. 09-22106
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/DOUGLAS E. LARSON_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 09-22106 | SBB | Judge: SIDNEY B. BROOKS | | Trustee Name: | DOUGLAS E. LARSON | Exhibit A |
|---|---|---|---|---|---|---|---|
| Case Name: | ZECK HOMES, INC. | | | | Date Filed (f) or Converted (c): | 06/19/09 (f) | |
| | | | | | 341(a) Meeting Date: | 09/14/09 | |
| For Period Ending: | 10/02/13 | | | | Claims Bar Date: | 05/31/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1020 N. 2nd Street 2D Grand Junction, CO | 80,000.00 | 0.00 | | 0.00 | FA |
| 2. 1022 N. 2nd Street 2C Grand Junction, CO | 120,000.00 | 0.00 | | 0.00 | FA |
| 3. 1024 N. 2nd Street 2B Grand Junction, CO | 120,000.00 | 0.00 | | 0.00 | FA |
| 4. 1026 N. 2nd Street 2A Grand Junction, CO | 100,000.00 | 0.00 | | 0.00 | FA |
| 5. 108 Lyndhurst Avenue Grand Junction, CO | 210,000.00 | 0.00 | | 0.00 | FA |
| 6. 1102 Windsor Park Drive Grand Junction, CO | 122,250.00 | 0.00 | | 0.00 | FA |
| 7. 1108 Windsor Park Drive Grand Junction, CO | 122,250.00 | 0.00 | | 0.00 | FA |
| 8. 112 Wimberly Drive Grand Junction, CO | 187,755.00 | 0.00 | | 0.00 | FA |
| 9. 131 Lyndhurst Avenue Fruita, CO | 190,000.00 | 0.00 | | 0.00 | FA |
| 10. 131 N. Pythian Avenue 1A Grand Junction, CO | 120,000.00 | 0.00 | | 0.00 | FA |
| 11. 132 Lyndhurst Avenue Grand Junction, CO | 203,111.00 | 0.00 | | 0.00 | FA |
| 12. 133 N. Pythian Avenue 1B Grand Junction, CO | 120,000.00 | 0.00 | | 0.00 | FA |
| 13. 134 Wimberly Drive Grand Junction, CO | 40,000.00 | 0.00 | | 0.00 | FA |
| 14. 135 N. Pythian Avenue 1C Grand Junction, CO | 120,000.00 | 0.00 | | 0.00 | FA |
| 15. 137 N. Pythian Avenue 1D Grand Junction, CO | 120,000.00 | 0.00 | | 0.00 | FA |
| 16. 1404 Hawk Parkway (Building) Grand Junction, CO | 750,000.00 | 0.00 | | 0.00 | FA |
| 17. 1501 Yankee Girl Street Grand Junction, CO | 20,000.00 | 0.00 | | 0.00 | FA |
| 18. 1503 Yankee Girl Street Grand Junction, CO | 20,000.00 | 0.00 | | 0.00 | FA |
| 19. 151 Wimberly Drive Fruita, CO | 40,000.00 | 0.00 | | 0.00 | FA |
| 20. 1517 Guadelupe Street Delta, CO | 180,000.00 | 0.00 | | 0.00 | FA |
| 21. 153 Lyndhurst Avenue Grand Junction, CO | 190,000.00 | 0.00 | | 0.00 | FA |
| 22. 154 Lyndhurst Avenue Grand Junction, CO | 190,000.00 | 0.00 | | 0.00 | FA |
| 23. 154 Wimberly Drive Fruita, CO | 40,000.00 | 0.00 | | 0.00 | FA |
| 24. 174 Wimberly Drive Fruita, CO | 40,000.00 | 0.00 | | 0.00 | FA |
| 25. 175 Wimberly Drive Fruita, CO | 173,000.00 | 0.00 | | 0.00 | FA |
| 26. 196 Arches Drive Grand Junction, CO | 208,901.00 | 0.00 | | 0.00 | FA |
| 27. 204 Whisper Lane Grand Junction, CO | 160,000.00 | 0.00 | | 0.00 | FA |
| 28. 206 Whisper Lane Grand Junction, CO | 160,000.00 | 0.00 | | 0.00 | FA |

| Case No: | 09-22106 | SBB | Judge: SIDNEY B. BROOKS | Trustee Name: | DOUGLAS E. LARSON | Exhibit A |
|---|---|---|---|---|---|---|
| Case Name: | ZECK HOMES, INC. | | | Date Filed (f) or Converted (c): | 06/19/09 (f) | |
| | | | | 341(a) Meeting Date: | 09/14/09 | |
| | | | | Claims Bar Date: | 05/31/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29. 208 Whisper Lane Grand Junction, CO | 50,000.00 | 0.00 | | 0.00 | FA |
| 30. 213 Hideaway Lane Grand Junction, CO | 50,000.00 | 0.00 | | 0.00 | FA |
| 31. 215 Hideaway Lane Grand Junction, CO | 50,000.00 | 0.00 | | 0.00 | FA |
| 32. 221 Hideaway Lane Grand Junction, CO | 50,000.00 | 0.00 | | 0.00 | FA |
| 33. 223 Hideaway Lane Grand Junction, CO | 50,000.00 | 0.00 | | 0.00 | FA |
| 34. 2686 Whisper Court Grand Junction, CO | 50,000.00 | 0.00 | | 0.00 | FA |
| 35. 2688 Whisper Court Grand Junction, CO | 50,000.00 | 0.00 | | 0.00 | FA |
| 36. 2689 Whisper Court Grand Junction, CO | 400,000.00 | 0.00 | | 0.00 | FA |
| 37. 2690 Whisper Court Grand Junction, CO | 50,000.00 | 0.00 | | 0.00 | FA |
| 38. 2691 Whisper Court Grand Junction, CO | 190,000.00 | 0.00 | | 0.00 | FA |
| 39. 3124 Dublin Way Grand Junction, CO | 160,000.00 | 0.00 | | 0.00 | FA |
| 40. 3125 Dublin Way Grand Junction, CO | 150,000.00 | 0.00 | | 0.00 | FA |
| 41. 793 Dutton Street Delta, CO | 115,431.00 | 0.00 | | 0.00 | FA |
| 42. 795 Genessee Street Delta, CO | 208,999.72 | 0.00 | | 0.00 | FA |
| 43. D 1/2 Road Grand Junction, CO | 800,000.00 | 0.00 | | 0.00 | FA |
| 44. San Juan Villas Lots Montrose, CO | 120,000.00 | 0.00 | | 0.00 | FA |
| 45. Silver Mountain Development Grand Junction, CO | 1,750,000.00 | 0.00 | | 0.00 | FA |
| 46. Stone Mountain Development Delta, CO | 1,500,000.00 | 0.00 | | 0.00 | FA |
| 47. First National Bank of Rockies - - Money Market Ac | 45.00 | 0.00 | | 0.00 | FA |
| 48. First National Bank of Rockies - Development Accou | 680.00 | 0.00 | | 0.00 | FA |
| 49. First National Bank of Rockies - Employee Benefits | 0.00 | 0.00 | | 0.00 | FA |
| 50. First National Bank of Rockies - General Account | 3,200.00 | 0.00 | | 0.00 | FA |
| 51. Vectra Bank - Construction Account | 0.00 | 0.00 | | 0.00 | FA |
| 52. Prepaid GL Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 53. 2004 Ford Excursion | 8,500.00 | 0.00 | | 0.00 | FA |
| 54. 2004 Ford Ranger | 4,100.00 | 0.00 | | 0.00 | FA |
| 55. 2004 Ford Ranger | 4,100.00 | 0.00 | | 0.00 | FA |
| 56. 2005 Ford F150 | 9,500.00 | 0.00 | | 0.00 | FA |

Case No: 09-22106    SBB    Judge: SIDNEY B. BROOKS      Trustee Name: DOUGLAS E. LARSON    Exhibit A
Case Name: ZECK HOMES, INC.      Date Filed (f) or Converted (c): 06/19/09 (f)
341(a) Meeting Date: 09/14/09
Claims Bar Date: 05/31/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 57. 2005 Ford Ranger | 4,800.00 | 0.00 | | 0.00 | FA |
| 58. 2006 Ford Ranger | 5,500.00 | 0.00 | | 0.00 | FA |
| 59. 2007 Ford F-150 | 8,500.00 | 0.00 | | 0.00 | FA |
| 60. Desk, chairs, tables and computers | 500.00 | 0.00 | | 0.00 | FA |
| 61. TIF Credits (u) | 26,220.00 | 26,220.00 | | 26,220.00 | FA |

                                                                              Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)      $10,017,342.72      $26,220.00      $26,220.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

REVIEW CLAIMS & CLOSE - - disallowing a claim September 09, 2013 (LMF)

Initial Projected Date of Final Report (TFR): 08/01/13      Current Projected Date of Final Report (TFR): 08/01/13

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-22106 -SBB | | Trustee Name: | DOUGLAS E. LARSON |
|---|---|---|---|---|
| Case Name: | ZECK HOMES, INC. | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | *******3992 Checking - Non Interest |
| Taxpayer ID No: | *******4514 | | | |
| For Period Ending: | 10/02/13 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/25/13 | 61 | Sonshine IV Construction #7773 | NON-EXEMPT ASSETS | 1229-000 | 26,220.00 | | 26,220.00 |
| 02/27/13 | 100001 | First National Bank of the Rockies | pursuant to court order entered 1-15-13 | 2990-000 | | 3,720.00 | 22,500.00 |
| | | c/o Lance Phillip Timbreza, Esq. | | | | | |
| | | 751 Horizon Court, Suite 200 | | | | | |
| | | Grand Junction, CO 81506 | | | | | |
| 03/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 22,490.00 |
| 03/15/13 | 100002 | David E. Dennis, CPA | accountant expenses | | | 691.00 | 21,799.00 |
| | | Dennis & CO, PC | & fees | | | | |
| | | 6200 So. Syracuse Way, #125 | Pursuant to court order entered 3/15/13 | | | | |
| | | Greenwood Village, CO 80111 | | | | | |
| | | | Fees           681.00 | 3410-000 | | | |
| | | | Expenses        10.00 | 3420-000 | | | |
| 04/05/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 24.42 | 21,774.58 |
| 05/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.37 | 21,752.21 |
| 05/17/13 | 100003 | MATTHEW SKEEN, ESQ. | attorney for estate expenses | 3210-000 | | 8,141.90 | 13,610.31 |
| | | SKEEN & SKEEN | & fees | | | | |
| | | 707 BROWNELL STREET | Pursuant to court order entered May 15, 2013 | | | | |
| | | PO BOX 218 | | | | | |
| | | GEORGETOWN, CO 80444 | | | | | |
| 05/30/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 13,610.31 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 26,220.00 | 26,220.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 13,610.31 | |
| Subtotal | 26,220.00 | 12,609.69 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 26,220.00 | 12,609.69 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals        26,220.00        26,220.00

Ver: 17.03

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-22106 -SBB | | Trustee Name: | DOUGLAS E. LARSON | Exhibit B |
|---|---|---|---|---|---|
| Case Name: | ZECK HOMES, INC. | | Bank Name: | UNION BANK | |
| | | | Account Number / CD #: | *******8970 Checking - Non Interest | |
| Taxpayer ID No: | *******4514 | | | | |
| For Period Ending: | 10/02/13 | | Blanket Bond (per case limit): | $  0.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/30/13 | | Trsf In From FIRST NATIONAL BANK OF | INITIAL WIRE TRANSFER IN | 9999-000 | 13,610.31 | | 13,610.31 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,610.31 | 0.00 | 13,610.31 |
| Less: Bank Transfers/CD's | 13,610.31 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********3992 | 26,220.00 | 12,609.69 | 0.00 |
| Checking - Non Interest - ********8970 | 0.00 | 0.00 | 13,610.31 |
| | 26,220.00 | 12,609.69 | 13,610.31 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*  Page Subtotals  13,610.31  0.00

Ver: 17.03

LFORM24

| Page 1 | | Exhibit C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 02, 2013 |
|---|---|---|---|---|---|---|
| Case Number: | 09-22106 | Claim Class Sequence | | | | |
| Debtor Name: | ZECK HOMES, INC. | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 001<br>3410-00 | David E. Dennis, CPA<br>Dennis & CO, PC<br>6200 So. Syracuse Way, #125<br>Greenwood Village, CO 80111 | Administrative | | $691.00 | $691.00 | $0.00 |
| 001<br>3210-00 | MATTHEW SKEEN, ESQ.<br>SKEEN & SKEEN<br>707 BROWNELL STREET<br>PO BOX 218<br>GEORGETOWN, CO 80444 | Administrative | | $8,141.90 | $8,141.90 | $0.00 |
| 000001A<br>070<br>7100-00 | IBP Asset, Inc.<br>c/o Annie D. Murphy<br>Dufford, Waldeck, Milburn & Krohn, LLP<br>744 Horizon Ct. Ste. 300<br>Grand Junction, CO 81506 | Unsecured | Claim reviewed & approved | $5,820.19 | $0.00 | $5,820.19 |
| 000003A<br>070<br>7100-00 | Spyglass Ridge Homeowners Assoc, Inc.<br>2694 Lookout Lane<br>Grand Junction, CO 81503 | Unsecured | Claim reviewed & approved | $4,953.76 | $0.00 | $4,953.76 |
| 000004<br>070<br>7100-00 | Oldcastle SW Group, Inc.<br>PO Box 3609<br>Grand Junction, CO 81502 | Unsecured | Claim reviewed & approved | $2,365.51 | $0.00 | $2,365.51 |
| 000005<br>070<br>7100-00 | Roberts Plumbing & Heating, Inc.<br>3196 Mesa Ave.<br>Grand Junction, CO 81504 | Unsecured | Claim reviewed & approved | $5,793.00 | $0.00 | $5,793.00 |
| 000006<br>070<br>7100-00 | United Rentals<br>3200 Harbor Lane N.<br>Minneapolis, MN 55447 | Unsecured | Claim reviewed & approved | $387.54 | $0.00 | $387.54 |
| 000007<br>070<br>7100-00 | Diamond Carpets, Inc.<br>d/b/a Abbey Carpet<br>C/O Jeff Facobson, President<br>200 N. 6th St., #101<br>Grand Junction, CO 81501 | Unsecured | Claim reviewed & approved | $276,846.57 | $0.00 | $276,846.57 |
| 000009<br>070<br>7100-00 | David Verble<br>15186 6260 Raod<br>Montrose, CO 81403 | Unsecured | Claim reviewed & approved | $67,375.00 | $0.00 | $67,375.00 |
| 000010A<br>070<br>7100-00 | Creative Touch Interiors, Inc.<br>3301 Lewiston Street<br>Aurora, CO 80011 | Unsecured | Claim reviewed & approved | $425,469.84 | $0.00 | $425,469.84 |
| 000001B<br>050<br>4110-00 | IBP Asset, Inc.<br>c/o Annie D. Murphy<br>Dufford, Waldeck, Milburn & Krohn, LLP<br>744 Horizon Ct. Ste. 300<br>Grand Junction, CO 81506 | Secured | Claim reviewed & approved | $3,503.34 | $0.00 | $3,503.34 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

CREGISTR  Printed: 10/02/13 02:56 PM   Ver: 17.03

| | | Exhibit C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 02, 2013 |

Case Number: 09-22106  
Debtor Name: ZECK HOMES, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002 050 4110-00 | Brown Bark III, L.P. 4100 Greenbriar, Suite 120 Stafford, TX 77477 | Secured | Claim reviewed & approved | $997,072.91 | $0.00 | $997,072.91 |
| 000003B 050 4110-00 | Spyglass Ridge Homeowners Assoc, Inc. 2694 Lookout Lane Grand Junction, CO 81503 | Secured | Claim reviewed & approved | $2,573.24 | $0.00 | $2,573.24 |
| 000008 050 4110-00 | Milestone Building Condo Assocation, Inc 1404 Hawk Parkway, Unit 303 Montrose, CO 81401 | Secured | Claim reviewed & approved | $151,739.61 | $0.00 | $151,739.61 |
| | Case Totals: | | | $1,952,733.41 | $8,832.90 | $1,943,900.51 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-22106
Case Name: ZECK HOMES, INC.
Trustee Name: DOUGLAS E. LARSON

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Brown Bark III, L.P. | $ | $ | $ | $ |
| 000008 | Milestone Building Condo Assocation, Inc | $ | $ | $ | $ |
| 000001B | IBP Asset, Inc. | $ | $ | $ | $ |
| 000003B | Spyglass Ridge Homeowners Assoc, Inc. | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DOUGLAS E. LARSON | $ | $ | $ |
| Trustee Expenses: DOUGLAS E. LARSON | $ | $ | $ |
| Attorney for Trustee Fees: MATTHEW SKEEN, ESQ. | $ | $ | $ |
| Attorney for Trustee Expenses: MATTHEW SKEEN, ESQ. | $ | $ | $ |
| Accountant for Trustee Fees: David E. Dennis, CPA | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: David E. Dennis, CPA | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | IBP Asset, Inc. | $ | $ | $ |
| 000003A | Spyglass Ridge Homeowners Assoc, Inc. | $ | $ | $ |
| 000004 | Oldcastle SW Group, Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Roberts Plumbing & Heating, Inc. | $ | $ | $ |
| 000006 | United Rentals | $ | $ | $ |
| 000007 | Diamond Carpets, Inc. | $ | $ | $ |
| 000009 | David Verble | $ | $ | $ |
| 000010A | Creative Touch Interiors, Inc. | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE